## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JOHN A. WARD and LAURIE A. WARD,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:10-cv-00885-RTR<br>)<br>)<br>)<br>) |

### ORDER FOR ENTRY OF JUDGMENTS BY DEFAULT

Having considered the United States' motion for entry of judgments by default on the United States' complaint to reduce to judgment outstanding federal tax assessments against defendants, John A. Ward and Laurie A. Ward, and for good cause shown,

IT IS HEREBY ORDERED that the United States' motion is GRANTED; and

IT IS ORDERED that judgment shall be entered in favor of the United States and against the defendants, John A. Ward and Laurie A. Ward, jointly and severally, in the amount of $ 236,649.74 as of January 19, 2011, for the unpaid balance of their income tax liabilities for 1997, 1998, 1999, 2000, 2007, and 2008, plus interest thereon under 26 U.S.C. §§ 6601 and 6621(a) from January 19, 2011, as allowed by law until paid; and

IT IS ALSO ORDERED that judgment shall be entered in favor of the United States and against the defendant, John A. Ward, individually, in the amount of $ 137,062.45 as of January 19, 2011, for the unpaid balance of his income tax liabilities for 2001, 2002, 2003, 2004, and 2006, plus interest thereon under 26 U.S.C. §§ 6601 and 6621(a) from January 19, 2011, as allowed by law until paid; and

IT IS ORDERED that judgment shall be entered in favor of the United States and against the defendant, Laurie A. Ward, individually, in the amount of $ 93,439.59 as of January 19, 2011, for the unpaid balance of her income tax liabilities for 2001, 2002, 2003, and 2004, plus interest thereon under 26 U.S.C. §§ 6601 and 6621(a) from January 19, 2011, as allowed by law until paid; and

IT IS ORDERED that judgment shall be entered in favor of the United States and against the defendant, John A. Ward, individually, in the amount of $ 140,074.11 as of January 19, 2011, for the unpaid balance of the trust fund recovery penalties (26 U.S.C. § 6672) assessed against him for quarters ending September 30, 1996, March 31, 1997, September 30, 1997, March 31, 1998, June 30, 1998, September 30, 1998, December 31, 1998, March 31, 1999, June 30, 1999, September 30, 1999, December 31, 1999, December 31, 2000, and March 31, 2001, plus interest thereon under 26 U.S.C. §§ 6601 and 6621(a) from January 19, 2011, as allowed by law until paid.

Entered this 19th day of January, 2011.

*s/ Rudolph T. Randa*
HON. RUDOLPH T. RANDA
UNITED STATES DISTRICT JUDGE